

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2020

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Carlos Javier-Valez*, **19 Cr. 891 (KPF)**

Dear Judge Failla:

A status conference in the above-captioned matter is scheduled for April 16, 2020, at 11 a.m. The Government and defense counsel have been engaged in ongoing substantive discussions regarding possible pretrial disposition. The parties respectfully request that the Court adjourn tomorrow's conference for a period of approximately 30 days to allow these negotiations to continue, with the hopes that the parties will reach an agreement in advance of the next conference.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from April 16, 2020 to the date that the conference is rescheduled to permit the parties to continue negotiations regarding possible pretrial disposition. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

I have communicated with defense counsel, who has consented to the above requests.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc:   Lawrence Fisher, Esq. (via ECF)

Application GRANTED. The status conference currently scheduled for April 16, 2020, is hereby ADJOURNED to May 20, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between April 16, 2020, and May 20, 2020. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the Government and Defendant to continue to discuss a possible pretrial disposition.

Dated: April 14, 2020
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE