**LAWRENCE M. FISHER**
Attorney at Law
233 Broadway
Suite 2348
New York, NY 10279
(212) 226-5700



Honorable Judge Katherine Polk Failla                                    November 5, 2020
United States District Court Judge
500 Pearl Street
New York, N.Y. 10007

*VIA ECF*                                             Re:     U.S. v. Carlos Javier Velez
                                                              19-CR-891 (KPF)

Dear Judge Failla:

    As you are aware, I represent the above-named defendant who is currently at liberty on a $25,000 PRB, secured by 2 FRP's, with travel restricted to SDNY & EDNY and pre-trial supervision.

    I submit this letter to request that the defendant be permitted to travel with his family on a family vacation to Hollywood, Florida from November 13, 2020 until November 24, 2020.

    I have discussed this travel request with AUSA Brett Kalikow and US Pre-Trial Officer Erin Cunningham each of whom consents to this request.

                                                  Respectfully Submitted,
                                                     /S/
                                                  LAWRENCE M. FISHER, ESQ.
                                                  Attorney for Defendant

cc: A.U.S.A. Brett Kalikow
    US PTO Erin Cunningham

```
Application GRANTED.                          SO ORDERED.

Dated:    November 5, 2020
          New York, New York
```

*(signature: Katherine Polk Failla)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE