UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CARLOS JAVIER-VALEZ,

                                    Defendant.

19 Cr. 891 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The status conference scheduled for April 22, 2021 is hereby

ADJOURNED to May 12, 2021, at 3:00 p.m.  The parties shall inform the Court

on or by April 28, 2021, whether they request an in-person or remote

conference.

SO ORDERED.

Dated:      April 12, 2021
            New York, New York

_____
      KATHERINE POLK FAILLA
      United States District Judge