

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2021



**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Carlos Javier-Valez*, 19 Cr. 891 (KPF)

Dear Judge Failla:

    A status conference in the above-captioned matter, previously scheduled for April 22, 2021, has been rescheduled for May 12, 2021. The Government and defense counsel have been engaged in ongoing substantive discussions regarding, and are in the process of finalizing, a possible pretrial resolution. With the consent of counsel for the defendant, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from April 22, 2021 to May 12, 2021, to permit the parties to continue negotiations regarding possible pretrial disposition. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _____
    Brett M. Kalikow
    Assistant United States Attorney
    (212) 637-2220

cc:    Lawrence Fisher, Esq. (via ECF)

```
Application GRANTED.  It is hereby ORDERED that time is excluded under the
Speedy Trial Act between April 22, 2021, and May 12, 2021.  The Court
finds that the ends of justice served by excluding such time outweigh the
interests of the public and the defendant in a speedy trial because it
will permit the parties to consider a pre-trial disposition.
```

SO ORDERED.

Dated:    April 15, 2021
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE