

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2021

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Carlos Javier-Valez*, 19 Cr. 891 (KPF)

Dear Judge Failla:

A status conference in the above-captioned matter is scheduled for May 12, 2021. The Government and defense counsel have been engaged in ongoing substantive discussions regarding, and are in the process of finalizing, a possible pretrial resolution. With the consent of counsel for the defendant, the Government respectfully requests that the Court adjourn the conference for approximately 30 days to permit the parties to continue negotiations regarding possible pretrial disposition. In the even that the Court grants the requested adjournment, the Government further respectfully requests that the exclude time under the Speedy Trial Act from May 12, 2021 until the date of the rescheduled conference to permit the parties to continue negotiations regarding possible pretrial disposition.[1] The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc:   Lawrence Fisher, Esq. (via ECF)

---

[1] Defense counsel has indicated that he is unavailable from June 28, 2021 to July 12, 2021.

Application DENIED.  Given the time that has elapsed since the last conference in this case, the Court wishes to see the parties tomorrow.

Dated: May 11, 2021
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE