

# LAWRENCE M. FISHER
Attorney at Law
233 Broadway
Suite 2348
New York, NY 10279
(212) 226-5700

June 22, 2021

Honorable Judge Katherine Polk Failla
United States District Court
500 Pearl Street
New York, NY 10007

*VIA ECF*          Re:   United States v. Carlos Javier Velez
                    19-CR-891(KPF)

Dear Judge Failla:

  As you are aware, I represent the above-named defendant who is currently at liberty on a $25,000 PRB, secured by 2 FRP's, with travel restricted to the SDNY and EDNY along with pre-trial supervision.

  I submit this letter to request that the defendant be permitted to travel with his family to Walt Disney World in Orlando, Florida from July 1, 2021 to July 9, 2021.

  I have discussed this matter with AUSA Brett Kalikow and US Pre-trial Officer Franchesca Piperato each of whom consents to this request.

                 Respectfully Submitted,
                    /S/
                 LAWRENCE M. FISHER, ESQ.
                 Attorney for Defendant

cc: AUSA Brett Kalikow
   Pre-trial Off. Franchesca Piperato

Application GRANTED.

Dated:   June 22, 2021
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE