

# LAWRENCE M. FISHER
Attorney at Law
233 Broadway
Suite 2348
New York, NY 10279
(212) 226-5700

July 19, 2021

Honorable Judge Katherine Polk Failla
United States District Court
500 Pearl Street
New York, NY 10007

*VIA ECF*                               Re:   United States v. Carlos Javier Velez
                                              19-CR-891(KPF)

Dear Judge Failla:

On June 22, 2021, Your Honor granted the defendant's application to travel with his family to Walt Disney World in Orlando, Florida from July 1, 2021 to July 9, 2021.

Unfortunately, due to an illness in the family, the trip was cancelled. Defendant now renews the same travel application with the following dates of travel: July 23 to August 5, 2021.

Previously, AUSA Brett Kalikow and US Pre-trial Officer Franchesca Piperato both consented to this travel request.

Respectfully Submitted,
/S/
LAWRENCE M. FISHER, ESQ.
Attorney for Defendant

cc: AUSA Brett Kalikow
    Pre-trial Off. Franchesca Piperato

Application GRANTED.  The Clerk of Court is directed to terminate the motion at docket entry 53.

Date:     July 19, 2021                SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE