UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CARLOS JAVIER-VELEZ,<br><br>Defendant. | 19 Cr. 891 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Clerk of Court is hereby directed to conform the caption of this case to include the correct spelling of Defendant's surname, as specified above. The Clerk of Court is further directed to amend all docket entries containing references to Mr. Javier-Velez to reflect this corrected spelling.

    SO ORDERED.

Dated:  November 2, 2021
          New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge