UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CARLOS JAVIER-VELEZ,<br><br>Defendant. | 19 Cr. 891 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The sentencing currently scheduled in this matter for March 8, 2022, is hereby ADJOURNED to **April 26, 2022, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government's sentencing submission shall be due one week before the date of this conference.

SO ORDERED.

Dated:   March 1, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge