MEMO ENDORSED

LAW OFFICES OF
**LAWRENCE M. FISHER**
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279
_____
TELEPHONE (212) 226-5700
FACSIMILE (212) 226-3224
EMAIL: Fishercrimlaw@gmail.com

Honorable Katherine Polk Failla            June 1, 2022
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

                    Re: <u>United States of America v. Carlos Javier-Velez</u>
                             19-CR-891 (KPF)

Dear Judge Failla:

       This letter is respectfully submitted on behalf of Mr. Carlos Javier-Velez, who was sentenced by Your Honor on May 3, 2022 to three months imprisonment and 3 years of supervised release. Mr. Javier- Velez is currently at liberty waiting to self-surrender to a designated facility before 2pm on June 30, 2022.

       I write to request that my client's surrender date be postponed and re-scheduled to July 8, 2022, before 2pm, to permit my client to make sufficient arrangements for his 8 year old daughter, Luisa, and to spend some time with her after the school term ends.

       It is therefore respectfully requested that my client's surrender date be postponed and re-scheduled to July 8, 2022, before 2pm.

       I have contacted AUSA Brett Kalikow who consents to this request.

                                          Respectfully submitted,
                                          /s/
                                          LAWRENCE M. FISHER

Cc:     AUSA Kalikow

Application GRANTED.  Mr. Javier-Velez's surrender date shall be extended to July 8, 2022, before 2:00 p.m.  The Clerk of Court is directed to terminate the pending motion at docket entry 73.

Dated:   June 2, 2022                    SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE