LAW OFFICES OF
# LAWRENCE M. FISHER
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279

TELEPHONE (212) 226-5700
FACSIMILE (212) 226-3224
EMAIL  Fishercrimlaw@gmail.com



Honorable Katherine Polk Failla                                July 8, 2022
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

                  Re: <u>United States of America v. Carlos Javier-Velez</u>
                    19-CR-891 (KPF)

Dear Judge Failla:

    This letter is respectfully submitted on behalf of Mr. Carlos Javier-Velez, who was sentenced by Your Honor on May 3, 2022 to three months imprisonment and 3 years of supervised release.

    I write to request that my client's surrender date be postponed and re-scheduled for approximately 30 days in order to give the Bureau of Prisons (BOP) time to classify and designate my client to a facility. To date, the BOP has not designated Mr. Javier-Velez to a specific prison.

    Yesterday, I reached out to AUSA Kalikow for assistance and he, in turn, emailed the BOP to inquire about my client's designation, but the BOP did not respond. As a result, earlier today, I instructed Mr. Javier-Velez to self-surrender to MDC Manhattan but he was turned away. I then instructed him to surrender to Brooklyn MDC where he reported but was told that he was "not in the system" and was likewise turned away.

    As myself and AUSA Kalikow are presently away on vacation, I contacted Your Honor's chambers for guidance, whereupon one of your law clerk's suggested that I submit a request for postponement.

    It is therefore respectfully requested that my client's surrender date be postponed and re-scheduled for approximately 30 days.

                                                      Respectfully submitted,
                                                                 /s/
                                                       LAWRENCE M. FISHER

Application GRANTED.  In light of the above status update, Mr. Javier-Velez's surrender date shall be ADJOURNED to August 8, 2022, before 2:00 p.m.  The Clerk of Court is directed to terminate the pending motion at docket entry 75.

Dated:     July 8, 2022
           New York, New York

                                        SO ORDERED.

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE